UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLY NOLAN NORRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2630** |
| **TERREBONNE PARISH JUSTICE COMPLEX** | **SECTION "P"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 4), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Kelly Norton Norris's 42 U.S.C. § 1983 complaint against defendant Terrebonne Parish Criminal Justice Complex be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 1st day of July 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**